No. 76–5457. ZATKO v. CALIFORNIA. Sup. Ct. Cal., Certiorari denied.

No. 76–5466. BROWN v. BOLLINGER ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–5479. ZATKO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 75–1105. REID v. MEMPHIS PUBLISHING Co. C. A. 6th Cir. Motion of General Conference of Seventh-Day Adventists for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 76–278. JOLLEY v. UNITED STATES. C. A. 6th Cir. Motion to strike respondent's brief and certiorari denied.

No. 76–318. BYKOFSKY ET AL. v. BOROUGH OF MIDDLETOWN ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari and set case for oral argument.

MR. JUSTICE MARSHALL, with whom MR. JUSTICE BRENNAN joins, dissenting.

Petitioners challenge the constitutionality of an ordinance establishing a nonemergency curfew for juveniles in Middletown, Pa., a rural community with a population of about 10,000. That ordinance makes it unlawful, except in limited circumstances, for minors to be on the streets during specified hours, and for parents knowingly or "by inefficient control" to allow their children to do so.

The freedom to leave one's house and move about at will is "of the very essence of a scheme of ordered liberty," *Palko* v. *Connecticut*, 302 U. S. 319, 325 (1937), and hence is protected against state intrusions by the Due Process Clause of the Fourteenth Amendment. See, *e. g., Papachristou* v. *City of Jacksonville*, 405 U. S. 156 (1972); *Coates* v. *City of Cin-*